UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11698-RCL

SARAH DOE, a minor, by her parents and natural guardians, MR. DOE & MRS. DOE.,

Plaintiffs

vs.

HOPKINTON SCHOOL COMMITTEE,

Defendant

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the provisions of Rule 41 (a) (1) (i) of the Federal Rules of Civil Procedure, the plaintiff dismisses the complaint with prejudice.

Sarah Doe,
By Her ~~Attorney~~,

Charles E. Vander Linden
Ciota, Starr & Vander Linden, LLP
625 Main Street
Fitchburg, MA 01420
978-345-6791
BBO 507600

DATED:   December 16, 2005

F:\cvl\Plunkett - 2005\Notice of Voluntary Dismissal.wpd